# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                                          Case No. 19-CR-198-8-JPS

LATONYA WEBSTER,

                                                            **ORDER**

                    Defendant.

On November 13, 2019, a three-count indictment was filed charging Defendant with distributing a controlled substance in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C). (Docket #1). On August 31, 2021, the parties entered into a plea agreement as to Count Three of the Indictment. (Docket #100).

The parties appeared before Magistrate Judge Nancy Joseph on October 5, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #119). Defendant entered a plea of guilty as to Count Three of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offenses. (*Id.*)

On October 6, 2021, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #119) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2021.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge